UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

F I L E D
MAR 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In Re Application Of:

CARLOS VITERI,

    Petitioner,

vs.

GABRIELLA MARIA PFLUCKER,

    Respondent.

Case No. 08 CV 50031

### NOTICE OF PETITION UNDER HAGUE CONVENTION

TO:   Gabriella Maria Pflucker
       321 W. Roosevelt Street
       Freeport, Illinois 61032

NOTICE, pursuant to The Convention on The Civil Aspects of International Child Abduction, Done at The Hague on October 25, 1980 and 42 U.S.C. §11601 *et seq.*, is hereby given to Gabriella Maria Pflucker, that the attached PETITION FOR RETURN OF CHILD was filed with U.S. District Court for the Northern District of Illinois, Western Division.

A hearing on this matter will be held at the U.S. Courthouse, 211 S. Court Street, Rockford, Illinois 61107, in Courtroom usually occupied, before the Honorable Judge Kapala or any judge sitting in his/her stead at, 10:00 a.m. on the 18th day of March 2008, or as soon thereafter as counsel may be heard.

YOU ARE ORDERED TO APPEAR AT THE HEARING.

**Dated**: March 3, 2008

Respectfully submitted,

Carlos Viteri

By: _[signature]_
Attorney for Petitioner

Rosa M. Tumialán
Katharine Dunn
Jennifer Shivers
Attorney for Petitioner
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
(312) 876-1700

CHICAGO\2426609.1
ID\KND