# United States District Court for the Northern District of Illinois

Case Number: 08 C 50031　　　　Assigned/IssuedBy: _____

## FEE INFORMATION

**Amount Due:**  ☐ $350.00　　☐ $39.00　　☐ $5.00

☐ IFP　　☒ No Fee　　☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____　　Receipt #: _____

Date Paid: _____　　Fiscal Clerk: _____

**FILED**
MAR 0 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ISSUANCES

**Type Of Issuance:**

☒ Summons　　☐ Alias Summons

☐ Third Party Summons　　☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

☐ Writ _____ (Type of Writ)

Original and 6 copies on 3-3-04 (Date) as to deft

C:\wpwin80\docket\feeinfo.frm  01/01