## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50031 | **DATE** | 3/13/2008 |
| **CASE TITLE** | Viteri vs. Pflucker | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 3/26/08 is stricken.  Plaintiff to submit a written status report by 4/1/08.

*[signature: P. Michael Mahoney]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | JH |
|---|---|---|