## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50031 | **DATE** | 3/18/2008 |
| **CASE TITLE** | Viteri vs. Pflucker | | |

**DOCKET ENTRY TEXT:**

Petition for return of child presented. Gabriella Pflucker's oral motion to reset habitual residence hearing to allow her to obtain counsel is granted. Habitual residence hearing set for 10:00 a.m. on March 21, 2008.

*[signature: Frederick J. Kapala]*

Notices mailed by Judicial staff.

01:00

| | Courtroom Deputy Initials: | sw |
|---|---|---|