# EXHIBIT B

Department of Justice   Ministère de la Justice
Canada                  Canada
DFAIT Legal Services Unit  Service juridique du MAECI
125 Sussex Drive        125, promenade Sussex
Room C7-213             Pièce C7-213
Ottawa, Ontario         Ottawa (Ontario)
K1A 0G2                 K1A 0G2

MIMDES
OFICINA DE TRAMITE
Y ARCHIVO
11 OCT 2006     September 27, 2006
RECIBIDO
Reg. N°..........
Hora:......... Firma:..........

Mr. Javier Ruiz-Eldredge Vargas
Director of Children and Adolescents
Ministry of the Women and Social Development
Government of Peru

Dear Mr. Vargas:

I acknowledge receipt of your letter and documentation regarding Valeria Carla Viteri Pflucker, received in our office, (The Canadian Federal Central Authority), yesterday.

We are forwarding these documents to Roger Martin, Staff Sergeant, National Missing Children's Services, to investigate the whereabouts of the child. In the interim, if you acquire further information about the specific whereabouts of the child within Canada, please pass it along.

We will keep you apprised of any developments.

Sincerely,

Sandra Zed Finless
Canadian Federal Central Authority for the Hague Convention
on the Civil Aspects of International Child Abduction
125 Sussex Drive, C-7-209 (JUS)
Ottawa, Ontario
K1A 0G2

Canada