# EXHIBIT C

RECEIVED

2005 NOV -4 AM 10: 57

AMERICA 
LIMA-PERU



SEÑORES CONSULADO DE LOS ESTADOS UNIDOS DE NORTEAMÉRICA

Señor Cónsul.-

**CARLOS MEDARDO JESÚS VITERI PÉREZ**, identificado con DNI Nro. 07611248, de ocupación empresario educativo, de nacionalidad peruana y domiciliado legalmente en la Av. Arequipa Nro. 2139 distrito de Lince, departamento de Lima, me dirijo a Ud.:



Que habiendo interpuesto denuncia penal contra mi ex-conviviente Gabriela María Pflucker López por la perpetración de los supuestos delitos de Ocultación de Menor (Delito contra el Estado Civil) y Falsificación de Documentos (Delito contra la Fe Pública), al haber emigrado del Perú con mi menor hija Valeria Carla Viteri Pflucker, el día 03 de Septiembre del año en curso sin mi autorización, tal y como lo exigen nuestras leyes, incurriendo en los delitos ya mencionados.

Prueba de ello lo constituyen los Certificados de Movimientos Migratorios de ambas.

El acto ilegal de Gabriela María Pflucker López, se agrava dado que personalmente durante mi convivencia con ella, he constatado anomalías en su conducta y en su comportamiento, su consumo incontrolado de anfetaminas, rasgos psicópatas y su obsesión desmedida por el dinero, situación que pone en riesgo la integridad física y mental de mi menor hija.



Es más mantengo con la Sra. Gabriela Pflucker un proceso de Régimen de Visitas, en el cual soy Demandante, proceso en el que no se ha presentado a los exámenes Psicológicos y Toxicológicos obligatorios, evadiendo siempre los mismos, lo cual confirma mis Sospechas respecto de su conducta anómala, conducta que arriesga la integridad de mi menor hija.

Por lo expuesto, recurro a Ud. Sr. Cónsul con la finalidad de que ordene a quien corresponda la ubicación de mi menor hija, realizando un Peritaje de su estado físico, mental y Psicológico y a su madre, prohibiéndoles su cambio domiciliario sin previa comunicación formal.. Para salvaguardar la integridad de mi menor hija, hasta que la demandada sea requerida en nuestro país por las Autoridades Judiciales, por los delitos en que se encuentra incursa.

Muy atentamente y esperando ser atendido por lo delicado de mi caso y tratándose de mi menor Hija.

### ANEXOS en copias simples

1-A.- Partida de Nacimiento de mi menor hija
1-B.- De mi D.N.I.
1-C.- D.N.I. de la Sra. Gabriela Pflucker López
1-D.- Certificado DE Movimiento Migratorio de mi menor hija Valeria Carla Viteri Pflucker.
1-E.- Certificado de Movimiento Migratorio de la demandada.
1-F.- Denuncia Penal admitida por la 22ava Fiscalía Provincial Penal de Lima Exp.Nro 183-2005
1-G.- Constatación Policial de ausencia de mi menor hija en su domicilio real.
1-H.- Constatación Policial de delito contra la Patria Potestad de la Sra. Gabriela Pflucker.

Carlos Medardo Jesús Viteri Pérez
DNI Nro.07611248

Lima, 04 de Noviembre del 2005.



## SEÑORES CONSULADO DE CANADÁ

Refer: Mi carta del 04 de Nov.2005

Señor Cónsul.-

Yo CARLOS MEDARDO JESÚS VITERI PÉREZ, identificado con DNI Nro.07611248, y domiciliado en la Av. Arequipa Nro.2139 Distrito de Lince, Lima, me dirijo a Ud. respetuosamente:

Que le cursé una Carta el día 04 de Noviembre del año en curso, respecto de de la salida ilegal de nuestro país, de mi menor hija Valeria Carla Viteri Pflucker, acción perpetrada por mi ex conviviente la Sra. Gabriela Pflucker López, habiéndole anexado en mi misiva copia simple de las actuaciones legales que he iniciado en contra de la señora en mención.

La presente tiene por finalidad precisarle que si bien según el Certificado de Movimiento Migratorio señala que ambas han viajado a los Estados Unidos de Norteamérica, PRESUMO FEHACIENTEMENTE que puedan estar en su país, es más, es casi plena mi seguridad dado que la Sra. Gabriela Pflucker López, tiene actualmente a su hermana María Teresa Pflucker López, radicando en Canadá, y es casada con ciudadano canadiense, y radican en Vancouver o en Toronto.

Presumo Sr. Cónsul, que hayan utilizado los Estados Unidos, como un puente hacia su país.

Tratándose de mi menor hija, y siendo testigo de la conducta alterada y emocionalmente desequilibrada de la Sra. Gabriela Pflucker, temo por la integridad física y mental de mi hija.

Le suplico que se les ubique y prohíba su cambio domiciliario, sin previa comunicación a su Consulado, y mantenerme comunicado sobre su paradero.

Seguro de su comprensión, estando de por medio la integridad de una menor, en este caso mi hija.

Muy atentamente.

Lima, 11 de Noviembre del 2005.

CANADIAN EMBASSY
AMBASSADE DU CANADA
11 NOV. 2005
LIMA