# EXHIBIT D

16

# FORMULARIO DE DENUNCIA

| MINISTERIO DE LA MUJER Y DESARROLLO SOCIAL DEL PERU |
|---|
| AUTORIDAD CENTRAL PARA LA APLICACIÓN DE LA CONVENCION DE LA HAYA SOBRE LOS ASPECTOS CIVILES DE LA SUSTRACCION INTERNACIONAL DE MENORES DE EDAD (1980) |

I. NOMBRE DE LA NIÑA / NIÑO (NAME OF CHILD)

| VITERI | PFLUCKER | VALERIA |
|---|---|---|
| APELLIDO PATERNO (LAST) | APELLIDO MATERNO (MIDDLE) | NOMBRES (FIRST) |

| FECHA DE NACIMIENTO (DATE OF BIRTH) | LUGAR DE NACIMIENTO (PLACE OF BIRTH) |
|---|---|
| 24-08-06 | LIMA – PERU |

DOMICILIO EN QUE RESIDIA ANTES DE SU SUSTRACCION
(ADDRESS OF HABITUAL RESIDENCE)

CALLE TARAPACA 255 – 301 MIRAFLORES

| NACIONALIDAD (NATIONALITY) | NUMERO DE PASAPORTE Y FECHA DE EXPEDICION (NUMBER OF PASSPORT AND DATE OF EXPEDITION) |
|---|---|
| PERUANA | 3143946 |

| ESTATURA (HEIGTH) | PESO (WEIGTH) | COLOR DE OJOS (COLOR OF EYES) | COLOR DE CABELLO (COLOR OF HAIR) |
|---|---|---|---|
| 1.35 | 27 | NEGROS | NEGRO |

SEÑAS PARTICULARES
(DISTINGUISHING MARKS)

NOMBRE DEL PADRE (FATHER'S NAME)

| VITERI | PEREZ | CARLOS |
|---|---|---|
| APELLIDO PATERNO (LAST) | APELLIDO MATERNO (MIDDLE) | NOMBRE (FIRST) |

| FECHA DE NACIMIENTO (DATE OF BIRTH) | LUGAR DE NACIMIENTO (PLACE OF BIRTH) |
|---|---|
| 24 – 06 –1961 | LIMA PERU |

16



| DOMICILIO ACTUAL (O ULTIMO QUE SE HAYA CONOCIDO) (CURRENT OR LAST KNOWN ADDRESS) |||
|---|---|---|
| CALLE LA CONQUISTA 289 SURCO – LIMA – PERU |||
| **NACIONALIDAD** (NATIONALITY) PERUANA || **NUMERO DE PASAPORTE Y FECHA DE EXPEDICION** (NUMBER OF PASSPORT AND DATE OF EXPEDITION) 2600499 26-12-2002 |
| **TELEFONO** (TELEPHONE) 435-2708 | **OCUPACION** (EMPLOYMENT) INGENIERO | **PAIS DE RESIDENCIA** (COUNTRY OF HABITUAL RESIDENCE) PERU |

**NOMBRE DE LA MADRE (MOTHER'S NAME)**

| PFLUCKER APELLIDO PATERNO (LAST) | LOPEZ APELLIDO MATERNO (MIDDLE) | GABRIELA MARIA NOMBRE (FIRST) |
|---|---|---|
| **FECHA DE NACIMIENTO** (DATE OF BIRTH) 19-10-72 || **LUGAR DE NACIMIENTO** (PLACE OF BIRTH) LIMA PERU |
| DOMICILIO ACTUAL (O ULTIMO QUE SE HALLA CONOCIDO) (CURRENT OR LAST KNOWN ADDRESS) |||
| CALLE TARAPACA 255-301 MIRAFLORES |||
| **NACIONALIDAD** (NATIONALITY) PERUANA || **NUMERO DE PASAPORTE Y FECHA DE EXPEDICION** (NUMBER OF PASSPORT AND DATE OF EXPEDITION) 3143945 |
| **TELEFONO** (TELEPHONE) 242-9928 | **OCUPACION** (EMPLOYMENT) SU CASA | **PAIS DE RESIDENCIA** (COUNTRY OF HABITUAL RESIDENCE) DESCONOCIDO SE PRESUME CANADA |

**LUGAR Y FECHA DEL MATRIMONIO Y DIVORCIO, EN SU CASO**
(DATE AND PLACE OF MARRIAGE AND DIVORCE, IF APPLICABLE)

EX - CONVIVIENTES

15

(18)

II. FACTORES DE HECHO Y DERECHO QUE JUSTIFIQUEN LA SOLICITUD DE RESTITUCION.
(FACTUAL AND LEGAL GROUNDS JUSTIFYING THE REQUEST)

DE MI CORTA CONVIVENCIA (2 AÑOS), CON DOÑA GABRIELA MARIA PFLUCKER LOPEZ, PROCREAMOS A MI MENOR HIJA VALERIA CARLA VITERI PFLUCKER, DURANTE ESTE PERIODO PUDE CONSTATAR VARIAS ANOMALÍAS EN SU ACTITUD MENTAL Y DE COMPORTAMIENTO, COMO ES EL CASO DE LA ANOREXIA, BULIMIA, EL USO INDISCRIMINADO DE ANFETAMINAS Y A MI PARECER ALGÚN GRADO DE ESQUIZOFRENIA (PROBABLEMENTE HEREDITARIO DE SU MADRE QUE SE SUICIDO POR ESTA ENFERMEDAD).

DESDE NUESTRA SEPARACIÓN, MI VIDA SE CONVIRTIÓ EN UN REAL INFIERNO PARA PODER VER A MI HIJA, PROCURÁNDOME ELLA TODOS LOS JUICIOS HABIDOS Y POR HABER A MERCED DE QUITARME DINERO INIMAGINABLE Y A IMPEDIR A TODA COSTA EL NO PODER VER A MI HIJA, HASTA QUE PUDE CONSTATAR QUE HABÍA FUGADO AL EXTRANJERO.

DE LA INVESTIGACIÓN REALIZADA NO CABE LA MENOR DUDA QUE LA DENUNCIADA HA OBRADO DOLOSAMENTE, SORPRENDIENDO INCLUSO A LA AUTORIDAD COMPETENTEMENTE, ADUCIENDO QUE NO CONOCÍA MI PARADERO CUANDO A ESA FECHA MANTENÍA VARIOS PROCESOS JUDICIALES CON MI PERSONA, CON LA MISMA DIRECCIÓN DE SIEMPRE, QUE EN EL CASO HIPOTÉTICO QUE SEA VERDAD QUE NO CONOCÍA MI PARADERO, LO CUAL ES COMPLETAMENTE FALSO, LA FECHA QUE TUVO QUE HABER REGRESADO AL PAÍS ERA EL 15 DE SETIEMBRE DEL 2005, CON LO QUE TAMBIÉN ESTA VIOLANDO LA LEY EN UN EXCESO DE **9 MESES**, ADEMÁS DE INCUMPLIR CON EL RÉGIMEN DE VISITA, SENTENCIADO A MI FAVOR, DE RECOGERLA TODOS LOS DOMINGOS Y VISITARLA TODOS LOS MIÉRCOLES MEDIANTE RESOLUCIÓN NO. TREINTA Y SEIS, DEL EXPEDIENTE 183504-2003-00113-0 DEL CUARTO JUZGADO DE FAMILIA DE LIMA Y RATIFICADO POR LA CORTE SUPERIOR DE JUSTICIA DE LIMA, NO SE DONDE ESTA, SI ESTA VIVA, Y SI SE ENCUENTRA BIEN DE SALUD FÍSICA Y MENTAL POR 9 MESES, IMPIDIÉNDOME MIS MÁS BÁSICOS DERECHOS CONSTITUCIONALES, **CON UN GRADO DE CRUELDAD INHUMANO, CONOCIENDO ELLA MUY BIEN EL FUERTE LAZO DE AMOR QUE TENGO CON MI MENOR HIJA**.

ASIMISMO, CABE MENCIONAR Y APLICARSE LA LEY NO. 28760, PUBLICADA ESTE JUEVES 15 DE JUNIO EN EL DIARIO EL PERUANO, PARA MODIFICAR EL CÓDIGO PENAL, LOS PROGENITORES QUE SIN AUTORIZACIÓN DE QUIEN EJERCE LA CUSTODIA, DE HECHO O LEGAL, SE LLEVEN CONSIGO A UNO DE SUS HIJOS, SERÁN PROCESADOS PENALMENTE Y BUSCADOS POR LA INTERPOL SI SALEN DEL PAÍS.

QUE SE TENGA MUY PRESENTE QUE ES PRIORIDAD DEL ESTADO PERUANO, VELAR POR LA SALUD FÍSICA Y MENTAL DE SUS COMPATRIOTAS MÁS AUN DE LOS MENORES DE EDAD QUE PUEDEN ENCONTRARSE EN ALTO RIESGO DE SALUD.

QUE COMO MEDIDA PREVENTORIA SE TENGA A BIEN POR MEDIO DE SU DESPACHO ORDENAR A LA INTERPOL DE ESTADOS UNIDOS Y CANADA, DE DONDE SE SOSPECHA SE ENCUENTRA EN FORMA ILEGAL, SE ENVIÉ SOLICITUD PARA QUE PUEDAN INDICAR SU DIRECCIÓN ACTUAL Y DE SER POSIBLE GARANTIZAR LA SALUD FÍSICA Y MENTAL DE MI MENOR HIJA POR MEDIO DE ALGÚN EXAMEN POR QUE **SE TEME SOBRE LA SALUD MENTAL DE LA ACUSADA POR SUFRIR DE ALTERACIONES MENTALES, ANOREXIA Y BULIMIA**.

14.

(15)

| FECHA, HORA, LUGAR Y CIRCUNSTANCIAS DEL SECUESTRO O RETENCION ILICITOS DEL MENOR (DATE, TIME, PLACE AND CIRCUNSTANCES OF THE WRONGFUL REMOVAL OR RETENTION) |
|---|
| SALIO DEL PAIS CON MI MENOR HIJA EL 03-09-2005 CON DESTINO A USA ( NEW YORK )SIN MI CONSENTIMIENTO ENGAÑANDO A UN JUEZ DE OTRA JURISDICCION QUE NO CONOCIA MI DOMICILIO , CUANDO SOSTNIA CONMIGO LOS PROCESOS JUDICIALES A FECHA . |

IV. INFORMACION RELATIVA A LA PERSONA QUE PRESUNTAMENTE RETUVO O SUSTRAJO AL MENOR, LOCALIZACION.
(INFORMATION CONCERNING THE PERSON ALLEGED O HAVE WRONGFULLY REMOVED OR RETAINED THE CHILD)

NOMBRE (NAME)

| PFLUCKER | LOPEZ | GABRIELA MARIA |
|---|---|---|
| APELLIDO PATERNO (LAST) | APELLIDO MATERNO (MIDDLE) | NOMBRE (FIRST) |

| FECHA DE NACIMIENTO (DATE OF BIRTH) | LUGAR DE NACIMIENTO (PLACE OF BIRTH) |
|---|---|
| 19 - 11 - 1972 | LIMA PERU |

| NACIONALIDAD (NATIONALITY) | NUMERO DE PASAPORTE Y FECHA DE EXPEDICION (NUMBER OF PASSPORT AND DATE OF EXPEDITION) |
|---|---|
| PERUANA | 3143945 |

OCUPACION (NOMBRE Y DOMICILIO DEL PATRON)
(PROFFESION, NAME AND ADDRESS OF THE OWNER)
DESCONOCIDA

LOCALIZACION O ULTIMO DOMICILIO CONOCIDO QUE HAYA TENIDO EN EL PERU
(LOCALIZATION OR LAST KNOWN ADDRESS IN PERU)
CALLE TARATA 255 – 301 MIRAFLORES

| ESTATURA (HEIGTH) | PESO (WEIGTH) | COLOR DE OJOS (COLOR OF EYES) | COLOR DE CABELLO (COLOR OF HAIR) |
|---|---|---|---|
| 1.67 | 54 | MARRON CLARO | RUBIO |

4

13



PROCEDIMIENTOS O INSTANCIAS EN TRÁMITE
(CIVIL PROCEEDINGS IN PROGRESS)
- DENUNCIA PENAL 183-05 22 va FISCALIA PROVINCIAL PENAL DE LIMA
- TENENCIA EN EL _____ JUZGADO DE FAMILIA DE LIMA
- SENTENCIA DE REJIMEN DE VISITA 4 to JUZGADO DE FAMILIA EXP:183504-2005-00113-0

**VI. INFORMACION RELATIVA A LA PERSONA QUE SOLICITA LA RESTITUCION O EL GOCE DE DERECHOS DE VISITA**
(INFORMATION CONCERNING THE PERSON TO WHOM THE CHILD IS TO BE RETURNED OR ENJOYMENT)

NOMBRE (NAME)

| VITERI | PEREZ | CARLOS |
|---|---|---|
| APELLIDO PATERNO (LAST) | APELLIDO MATERNO (MIDDLE) | NOMBRE (FIRST) |

FECHA DE NACIMIENTO (DATE OF BIRTH)
24 – 06 – 1961

LUGAR DE NACIMIENTO (PLACE OF BIRTH)
LIMA - PERU

**VII. DOCUMENTOS QUE SE ANEXAN**
(DOCUMENT ATTACHED)

1. FOTOGRAFIA DEL MENOR (PHOTOGRAPH OF THE CHILD)

2. FOTOGRAFIA DE LA PERSONA QUE PRESUNTAMENTE SUSTRAJO AL MENOR (PHOTOGRAPH OF THE PERSON ALLEGED TO HAVE WRONGFULLY REMOVED THE CHILD)

SENTENCIA QUE DECRETA EL DIVORCIO (DIVORCE DECREE)

ACUERDO O CONVENIO JUDICIAL RELATIVO A LA CUSTODIA Y/O AL EJERCICIO DEL DERECHO DE VISITA (JUDICIAL AGREEMENT CONCERNING CUSTODY OR RIGTH OF ACCESS)
SENTENCIA DEL REGIMEN DE VISITAS DEL 4to JUZGADO DE FAMILIA DE LIMA
3. EXP : 183504-2005-00113-0
4. PARTIDA DE NACIMIENTO DE MI MENOR HIJA
5. DNI : CARLOS VITERI PEREZ
6. DNI : GABRIELA MARIA PFLUCKER LOPEZ
7. MOVIMIENTO MIGRATORIO DE MI MENOR HIJA
8. MOVIMIENTO MIGRATORIO DE LA MADRE DE MI HIJA
9. COPIA DE DEMANDA A LA 22 AVA FPPL , COPIA DE GABRIELA MARIA PFCKER LOPEZ .

| | |
|---|---|
| OTROS (OTHER) | |
| FIRMA DEL SOLICITANTE Y/O SELLO DE LA AUTORIDAD CENTRAL (SIGNATURE OF APPLICANT AND/OR STAMP OF CENTRAL AUTHORITY) *[signature]* | LUGAR Y FECHA (DATE AND PLACE) |
| DOMICILIO (ADDRESS) | TELEFONO (TELEPHONE) |

VIII. COMENTARIOS Y OBSERVACIONES
(OTHER REMARKS)
CABE DESTACAR QUE EN MI:

DE MI CORTA CONVIVENCIA (2 AÑOS), CON DOÑA GABRIELA MARIA PFLUCKER LOPEZ, PROCREAMOS A MI MENOR HIJA VALERIA CARLA VITERI PFLUCKER, DURANTE ESTE PERIODO PUDE CONSTATAR VARIAS ANOMALIAS EN SU ACTITUD MENTAL Y DE COMPORTAMIENTO, COMO ES EL CASO DE LA ANOREXIA, BULIMIA, EL USO INDISCRIMINADO DE ANFETAMINAS Y A MI PARECER ALGÚN GRADO DE ESQUIZOFRENIA (PROBABLEMENTE HEREDITARIO DE SU MADRE QUE SE SUICIDÓ POR ESTA ENFERMEDAD).

PETITORIO:

QUE, EJERCIENDO MI DERECHO CONSTITUCIONAL DE PETICIÓN, ME PRESENTO ANTE UD. A EFECTO SE SIRVA DISPONER TODO LO CONCERNIENTE PARA QUE DIRIGIÉNDOSE A LA INTERPOL SE UBIQUE Y SE TRAMITE EL REGRESO AL PERÚ DE MI MENOR HIJA QUE FUERA LLEVADA SUBREPTICIAMENTE A CANADA, SIN MI CONSENTIMIENTO.

6

11