# EXHIBIT E

# STATE OF ILLINOIS
County of Cook

## TRANSLATOR'S AFFIDAVIT

I, **LAURA P. SORIA**, do solemnly swear and state as follows:  I am competent

to translate from the **SPANISH**, language to the **ENGLISH** language,  and  vice

versa, and that the attached document is an accurate translation of the original document.

Further Affiant Sayeth Not.

_____         _____
Translator's Signature                                    Date of Translation

Subscribed and sworn to and before
me this 20th day of March, 2008.

_____
Notary Public's Signature

OFFICIAL SEAL
DENISE M. SPAHR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-12-2010

SEAL

SEC: PABLO GALAN
EXP: 10867-2002
ESC: 34
CUA: PRINCIPAL
SUM: REQUESTING THE LIFTING OF IMPEDIMENTS FOR EXIT
MAT: ALIMONY/SUPPORT

**MR JUSTICE OF THE PEACE COURT LAWYER FROM THE 3RD LINCE AND SAN ISIDRO.**

**CARLOS MEDARDO JESUS VITERI PEREZ**, identified with DNI 07611248, residing at Calle La Conquista 289, Apt. 102-B of Urb. Derby, Monterrico, Surco, Province and Department of Lima, to you I state:

That having formally requested the RETURN of my youngest daughter:

**VALERIA CARLA VITERA PLFUCKER,**

Through the **HAGUE CONVENTION UNDER THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION OF MINOR CHILDREN** (1980), with motion of July 14, 2006 through which my request was accepted under No. 657-2006 on September 11, 2006.

The search begins in **CANADA**, despite the target destination, once having left Peru, was to be the United States of North America, it was known that the younger sister, Mrs. **MARIA TERESA PLFUCKER LOPEZ**, resides in this country, which is why the **MINISTRY OF JUSTICE OF CANADA**, appointed STAFF SERGEANT Roger Martin, to conduct its search officially in the country, that would reach the MINDES on October 11, 2006, which in its investigation, in locating the sister of the **ACCUSED**, said and confirmed that she was in Chicago, Illinois, in the United States of North America, as the **MINDES** states in its 571-2007 motion from June 4, 2007, **it is for this reason we plead, for this very motive I ask you to order the removal of impediments for exiting this country in order to retrieve my daughter.**

**BACKGROUND:**

**FIRST:** That Mrs. **GABRIELA MARIA PFLUCKER LOPEZ** and **VALERIA CARLA VITERI PFLUCKER** last known address was Jr. Tarapaca No. 255, Apt. 301, Miraflores district, Province and Department of Lima.

**SECOND**:  That, with Mrs. **GABRIELA MARIA PFLUCKER LOPEZ** in an extramarital form, we procreated our daughter, named **VALERIA CARLA VITERI PFLUCKER** having seven years of age.  Importantly, the civil condition when were to decide to live together was that I was divorced for more than 7 years and the accused recently married, who stated she was subject to a series of mistreatment and abuse by her husband.

**THIRD**:  Through this document I **SWEAR** that I have not known anything about either of the two since the day they left the country on **September 3, 2005**, and what is worse is that I am still not aware of the state of health of my youngest daughter, both physically and/or mentally, the delicacy of the matter is that it is known that the mother who took my youngest daughter in an irregular and illegal form, suffers from mental disorders, anorexia, bulimia, and addiction to amphetamines (it is suggested asking for  toxicological tests, psychological and psychiatric especially because her mother committed suicide due to mental disorders).  I fear for her life. We cannot know for sure whether my daughter is alive.

**FOURTH**:  That against Mrs. **GABRIELA MARIA PFLUCKER LOPEZ** she currently has a criminal process in the 33vo. Criminal Court of Lima, EXP: 331-06-REB, for the following offenses: **CRIME AGAINST THE ADMINISTRATION OF JUSTICE, CRIME AGAINST JUDICIAL FUNCTION,** FRAUD PROCESS **and CRIME AGAINST PUBLIC FAITH - GENERIC FALSEHOOD**, all this for having taken my youngest daughter illegally and for other processes.

**FIFTH**:  That as stated in the first article, the accused has always lived in the home mentioned in the District of Miraflores and all processes that followed have always been made in the Courts of Peace of Lince and San Isidro, as always my legal domicile has been my work center, located at Avenue Arequipa 2139, District of Lince.  Suspiciously, the accused went to the Joint Court of La Molina and Cieneguilla, with an address from the District of La Molina, which she has never lived there, she then asked the judge of this district for **Travel Authorization for my youngest daughter**, and argued and swore that she did not know my whereabouts or let alone my address, this through EXP. No. 16-05 – VM and the TRAVEL AUTHORIZATION, issued on July 14, 2005, granting permission to travel for one month from August 15 to September 15, 2005. It has been demonstrated that by that time, she maintained with me various legal proceedings, which demonstrates that she knew perfectly well where I lived and that everything expressed and sworn in this application to this court was a total LIE, which formalizes the criminal complaint stated in Article Four, we proceed to enumerate processes that were in litigation by that date:
  **1- LABOR**
  Payment of Economic Benefits 11vo, Labor Court, EXP: 183411-2003
  **2- ALIMONY/SUPPORT**
  3er. Courts of Peace of Lince and San Isidro, EXP: 10867-02

**3- REDUCTION OF ALIMONY/SUPPORT**
3er. Courts of Peace of Lince and San Isidro, EXP: 1623-05
**4- VISITATION REGIME**
4to. Family Court, EXP: 183516-2005

**SIXTH**: It is important to stress that the travel permit the accused requested was awarded for only **one month**, she has now been in the UNITED STATES OF NORTH AMERICA **for more than two years**, she is found to be in serious misconduct before the Peruvian government and is an illegal by way of the UNITED STATES OF NORTH AMERICA because their permission was as a tourist and her current position is now that of an illegal immigrant.

**SEVENTH**: Since I separated the conjugal ties with my former partner, she has caused infinite INJURY, such as preventing me from seeing my daughter, threw me out of the house and kept everything, while initiating a series of judicial confrontations, apart from suffering the absence of my daughter, with an ill-intentioned form she gave power to three lawyers to take legal action against my person with the only purpose of **CAUSING HARM**, even in her brazen manner, with **PREMEDITATION, TREACHERY AND ADVANTAGE**, she committed a series of **CRIMES** in order to get my youngest daughter, without my knowledge let alone with my consent, outside the country.

**EIGHTH**: It is important to stress that the process that it is against **GABRIELA MARIA PFLUCKER LOPEZ** in the 33vo. SUPERIOR COURT OF JUSTICE OF LIMA, Exp: 331-06-REB, per DOCUMENT OF NOTIFICATION dated August 24, 2007, indicates that the **PROCESSED**, has an **ARREST WARRANT IN FORCE**.

**NINTH**: That, in almost all cases for the Peruvian government not to grand me the REGIME OF VISIT it has been that I did not pass and that I did not comply with the alimony; however, she contradicts herself by her attorney ZOILA CECILIA DAVILA PAREDES, in her defense dated May 28, 2007 in the process of alimony of EXP: 10867-06 of the 3er. Courts of Peace of Lince and San Isidro, expressed in Article I: it does not order any pension since October of 2005. When we already know from the THIRD Article, that my youngest daughter was removed from the country on September 3, 2005 in an illegal and irregular form by her mother.

**TENTH**: To emphasize, apart from the money that was ordered, I always aided my youngest daughter with food, clothing and health, for these very reasons she allowed me to see my daughter frequently, until her demands became increasingly impossible, which forced me have to file suit for VISITATION REGIME.

ANNEXES:

1A.    Formal request for the return of my youngest daughter through the **HAGUE CONVENTION UNDER THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION OF MINOR CHILDREN** entered on July 14, 2006.

1B.    Acceptance of my request by MINDES, entered 657-2006 on September 11, 2006.

1C.    Appointment of Staff Sergeant Roger Martin, in CANADA, to conduct its official search, dated October 11, 2006.

1D.    Confirmation by her younger sister, that my daughter is located in Chicago, Illinois, United States dated June 4, 2007.

1E.    Migration of VALERIA CARLA VITERI PFLUCKER

1F.    Migration of GABRIELA MARIA PFLUCKER LOPEZ

1G.    Copies of the favorable rulings regarding the visitation regime

1H.    Copy of the criminal trial in the 33avo. CRIMINAL COURT OF LIMA, EXP: 331-06 CRIME AGAINST THE ADMINISTRATION OF JUSTICE, CRIME AGAINST JUDICIAL FUNCTION, FRAUD PROCESS and CRIME AGAINST PUBLIC FAITH – GENERIC FALSEHOOD

1I.    Copy of the lawsuit of the 15ava Lima Province Criminal Prosecution, complaint: 72-06, CRIME AGAINST THE PUBLIC ADMINISTRATION – VIOLENCE, DISOBEDIENCE AND RESISTANCE OF AUTHORITY

1J.    Authorization of Travel for my minor daughter for a period of one month.

1K.    Document of Notification (2).



THEREFORE:

For such reasons we ask you to order a lifting of IMPEDIMENTS FOR EXITING THE COUNTRY for myself, so that I may retrieve my daughter.

Lima December 19, 2007.



Alberto Ramos Wong
    C.A.L. 17224

SEC   :   PABLO GALAN
EXP   :   10867-2002
ESC   :   34
CUA   :   PRINCIPAL
SUM   :   SOLICITA EL LEVANTAMIENTO DE
          IMPEDIMENTO DE SALIDA
MAT   :   ALIMENTOS

**SEÑOR JUEZ DE PAZ LETRADO DEL 3ER JUZGADO DE LINCE Y SAN ISIDRO.**

**CARLOS MEDARDO JESUS VITERI PEREZ,** identificado con DNI 07611248, con domicilio en la Calle La Conquista 289 Dpto. 102- B, de la Urb. El Derby, Monterrico, Surco, Provincia y Departamento de Lima, con domicilio Procesal sito en la Av. Arequipa 2139, del distrito de Lince, Provincia y Departamento de Lima, a Ud. Digo:

Que habiendo solicitado formalmente, la **RESTITUCION,** de mi menor hija:

## VALERIA CARLA VITERI PLFUCKER,

A través de la **CONVENCION DE LA HAYA SOBRE LOS ASPECTOS CIVILES DE LA SUSTRACCION INTERNACIONAL DE MENORES DE EDAD (1980),** con oficio del 14 de Julio del 2006. a través de la cual se da por aceptada mi petición con el Oficio No. 657-2006 del 11 de Septiembre del 2006.
La búsqueda comienza en CANADA, ya que a pesar que su destino de salida del Perú era los Estados Unidos de Norteamérica, se conocía que su hermana menor Doña **MARIA TERESA PLFUCKER LOPEZ,** reside en este país; es por esto que el **MINISTERIO DE LA JUSTCIA DEL CANADA,** nombra al STAFF SERGEANT Roger Martin, para que realice su búsqueda Oficialmente en dicho país, con oficio que hiciera llegar al MINDES el 11 de Octubre del 2006, para lo cual en su investigación, al localizar a la hermana de la ACUSADA, manifestó y confirmo que se encontraba en Chicago, Illinois, en los Estados Unidos de Norteamérica, como nos manifiesta el MINDES, en su oficio 571-2007 del 4 de Junio del 2007, es por lo cual le ruego **Por tal motivo ruego a usted, ordene el levantamiento de IMPEDIMENTO DE SALIDA DEL PAÍS a mi persona, para poder recuperar a mi hija.**

## ANTECEDENTES:

**PRIMERO:** Que doña **GABRIELA MARIA PFLUCKER LOPEZ** y **VALERIA CARLA VITERI PFLUCKER,** tuvieron como ultimo domicilio el Jr. Tarapacá No. 255 Dpto. 301, distrito de Miraflores, Provincia y Departamento de Lima.

SEGUNDO: Que, con doña **GABRIELA MARIA PFLUCKER LOPEZ** en forma Extramatrimonial procreamos a nuestra menor hija, llamada **VALERIA CARLA VITERI PFLUCKER**, de 7 años cumplidos. Cabe destacar que la condición civil de cuando decidiéramos convivir, la de mi persona era la de Divorciado por más de 7 años y de la acusada de recién Casada, quien me manifestó que era sujeta a una serie de maltratos y abusos por su esposo.

TERCERO: Por medio del presente documento **JURO**, que no he vuelto ha saber nada de ninguna de las dos desde el día que salieron del país el **03 de Septiembre del dos mil cinco**, y lo que es peor no tengo conocimiento del estado de salud de mi menor hija, tanto del físico y/o mental y lo delicado del asunto es que se conoce que la madre que saco a mi menor hija en forma irregular e ilegal, sufre de alteraciones mentales, anorexia, bulimia y adicción a las anfetaminas (se sugiere pedir los exámenes toxicológicos, psicológicos y sobre todo el psiquiátrico, debido a que su madre falleció suicidándose, por alteraciones mentales). Por lo que hasta temo por su vida. No se puede saber con certeza si mi hija se encuentre con vida.

CUARTO: Que contra doña **GABRIELA MARIA PFLUCKER LOPEZ**, se tiene en la actualidad un Proceso Penal en el 33vo. Juzgado Penal de Lima, EXP: 331-06-REB, por los delitos siguientes: **DELITO CONTRA LA ADMINISTRACION DE JUSTICIA – DELITO CONTRA LA FUNCION JURISDICCIONAL – FRAUDEPROCESAL y DELITO CONTRA LA FE PUBLCA – FALSEDAD GENERICA**, todo esto por haber sacado a mi menor Hija en forma ilegal y por otros procesos.

QUINTO: Que como manifiesto en el Artículo PRIMERO, la acusada siempre ha vivido en el domicilio mencionado en el distrito de Miraflores y todos los procesos que ha seguido, siempre se han realizado en los Juzgados de Paz Letrado de Lince y San Isidro, ya que siempre mi domicilio legal ha sido mi centro de trabajo, sito en la Av. Arequipa 2139, distrito de Lince. Sospechosamente, la acusada se dirige al Juzgado Mixto de La Molina y Cieneguilla, consignando una dirección del distrito de La Molina, en la que nunca ha vivido, posteriormente solicita al Juez de este distrito **Autorización de Viaje para mi menor hija**, aduciendo y Jurando que desconoce mi paradero y mucho menos mi dirección, a través del EXP. No. 16 – 05 - VM y la AUTORIZACION DE VIAJE, que se emite el 14 de Julio del 2005, en donde se le otorga permiso de viaje por solo un mes desde el 15 de Agosto al 15 de Septiembre del 2005.
Cuando ya se ha demostrado que para esa fecha ella mantenía con mi persona diversos procesos judiciales, que demuestran que conocía perfectamente mi domicilio y que todo lo expresado y juramentado en esta solicitud a este Juzgado fue una total **MENTIRA**, por lo que se formaliza la denuncia penal expuesta en el Artículo CUARTO, procedemos a enumerar los procesos que se encontraban en litigio para esa fecha:
**1.- LABORAL**
Pago de Beneficios Económicos 11vo. JUZGADO LABORAL, EXP: 183411-2003
**2.- ALIMENTOS**
3er. JUZGADO DE PAZ LETRADO DE LINCE Y SAN ISIDRO, EXP: 10867-02

3.- REDUCCIÓN DE ALIMENTOS
3er. JUZGADO DE PAZ LETRADO DE LINCE Y SAN ISIDRO, EXP: 1623-05
4.- REGIMEN DE VISITA
4to. JUZGADO DE FAMILIA, EXP: 183516-2005

**SEXTO:** Es importante, destacar que el permiso de viaje que la acusada solicitara, se le otorgo por solo **un mes,** cuando ya se encuentra en Los ESTADOS UNIDOS de NORTEAMERICA **por más de dos años,** encontrándose en falta grave ante el Estado Peruano y en forma ilegal en Los ESTADOS UNIDOS de NORTEAMERICA ya que su permiso fue como turista y su posición actual es la de inmigrante.

**SEPTIMO:** Desde que me separara del vinculo conyugal con mi ex pareja, ha venido ocasionándome una infinidad de **PERJUICIOS,** desde impedirme ver a mi hija, votarme de la casa quedándose con todas las cosas, a la vez de iniciar una serie de enfrentamientos judiciales, que a parte de sufrir por la ausencia de mi hija, ella en forma mal intencionada a entregado poderes a 3 Abogados, para que litiguen contra mi persona, con el único propósito de **DAÑARME,** aun cuando ella *EN FORMA DESCARADA, CON PREMEDITACION, ALEVOSIA Y VENTAJA,* comete una serie de **DELITOS,** para poder sacar a mi menor Hija sin mi conocimiento y mucho menos con mi consentimiento, fuera del país.

**OCTAVO:** Es importante destacar que en el proceso que se lleva contra **GABRIELA MARIA PLUCKER LOPEZ,** en el 33vo. JUZGADO SUPERIOR DE JUSTICIA DE LIMA, Exp: 331-06-REB, según CEDULA DE NOTIFICACION del 24 de Agosto del 2007, se indica que la **PROCESADA,** se encuentra con **ORDEN DE CAPTURA VIGENTE.**

**NOVENO:** Que en casi todos los casos para que el Estado Peruano, no me otorgue el **REGIMEN DE VISITA,** ha sido que yo no paso y que no cumplo con la **Pensión Alimenticia,** sin embargo ella misma se contradice, por que su apoderada **ZOILA CECILIA DAVILA PAREDES,** en su escrito del 28 de Mayo del 2007 en el proceso de ALIMENTOS, con EXP: 10867-06 en el TERCER JUZGADO DE PAZ LETRADO DE LINCE Y SAN ISIDRO, manifiesta en su Articulo I: que **NO CONSIGNA PENSION ALGUNA DESDE OCTUBRE DEL 2005.** Cuando ya conocemos desde el Articulo TERCERO, que mi menor hija fue sacada del país el 03 de Septiembre del 2005 en forma ilegal e irregular por su Madre.

**DECIMO:** Cabe destacar, que muy aparte del dinero que se consignaba, siempre acudí a mi menor hija, con alimentación, salud y vestido, razones por la cual me dejaba verla frecuentemente, hasta que sus exigencias comenzaron a ser cada vez imposibles, lo que me obligara a tener que demandarla por **REGIMEN DE VISITA.**

ANEXOS:

1A. Solicitud formal de RESTITUCION de mi menor hija ante la **CONVENCION DE LA HAYA SOBRE LOS ASPECTOS CIVILES DE LA SUSTRACCION INTERNACIONAL DE MENORES DE EDAD (1980)**, con oficio del 14 de Julio del 2006.

1B. Aceptación de mi Petición por el MINDES, en el Oficio 657-2006 de fecha 11 de Septiembre del 2006.

1C. Nombramiento del Staff Sergeant Roger Martin, en el CANADA, para su búsqueda Oficial, del 11 de Octubre del 2006.

1D. Confirmación por su hermana menor, que mi hija se encuentra en Chicago, Illinois, Estados Unidos del 04 de Junio del 2007.

1E. Movimiento Migratorio de VALERIA CARLA VITERI PFLUCKER

1F. Movimiento Migratorio de GABRIELA MARIA PFLUCKER LOPEZ

1G. Copias de Las Sentencias Favorables del Régimen de Visitas

1H.- Copia del Juicio PENAL en el 33avo. JUZGADO PENAL DE LIMA, EXP: 331-06 DELITO CONTRA LA ADMINISTRACION DE JUSTICIA – DELITO CONTRA LA FUNCION JURISDICCIONAL – FRAUDE PROCESAL y DELITO CONTRA LA FE PUBLCA – FALSEDAD GENERICA.

1I.- Copia del Juicio en la 15ava FISCALIA PROVINCIAL PENAL DE LIMA, DENUNCIA: 72-06, DELITO CONTRA LA ADMINISTRACION PUBLICA – VIOLENCIA, DESOBEDIENCIA Y RESISTENCIA A LA AUTORIDAD.

1J.- Autorización de Viaje de mi menor hija por el periodo de un mes.

1K.- Cedulas de Notificación (2).

POR TANTO:

Por tal motivo ruego a usted, ordene el levantamiento de IMPEDIMENTO DE SALIDA DEL PAÍS a mi persona, para poder recuperar a mi hija.

Lima 19 de Diciembre del 2,007.

ALBERTO RAMOS WONG
C.A.L. 17224