# EXHIBIT I

# STATE OF ILLINOIS
County of Cook

## TRANSLATOR'S AFFIDAVIT

I, __LAURA P. SORIA__, do solemnly swear and state as follows: I am competent to translate from the __SPANISH__, language to the __ENGLISH__ language, and vice versa, and that the attached document is an accurate translation of the original document.

Further Affiant Sayeth Not.

_____          _____
Translator's Signature                                    Date of Translation

Subscribed and sworn to and before me this 20th day of March, 2008.

_____
Notary Public's Signature

"OFFICIAL SEAL"
CHRISTINA MAYER
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 09/02/08

SEAL

Article 421 – Parental Authority Over Children Born Out of Wedlock

Parental authority over children born out of wedlock maybe exercised by the father or the mother that acknowledges the child.

If both parents acknowledge the child, the juvenile court judge determines the corresponding parental rights, according to the age and sex of the child, the fact if the parents are living together or separated and, in any case, the interests of the child.

The rules contained in this article are of application in respect to the mother even though she is a minor. However, the judge may give a curator guardian of the person or property of the child, if required by the interest of the child, where the father does not have parental rights.

Por la patria potestad los padres tienen el deber y el derecho de cuidar de la persona y bienes de sus hijos menores.

Artículo 419.- Ejercicio conjunto de la patria potestad

La patria potestad se ejerce conjuntamente por el padre y la madre durante el matrimonio, correspondiendo a ambos la representación legal del hijo.

En caso de disentimiento, resuelve el Juez del Niño y Adolescente, conforme al proceso sumarísimo.(*)

(*) Párrafo vigente conforme a la modificación establecida por la Primera Disposición Modificatoria del Texto Unico Ordenado del Código Procesal Civil, aprobado por Resolución Ministerial Nε 10-93-JUS, publicada el 23-04-93.

Nota: La Resolución Ministerial Nε 10-93-JUS, recoge la modificación hecha anteriormente a este artículo por la Primera Disposición Modificatoria del Decreto Legislativo Nε 768, publicado el 04-03-92.

CONCORDANCIA: L. Nε 26819, Art. 2

Artículo 420.- Ejercicio unilateral de la patria potestad

En caso de separación de cuerpos, de divorcio o de invalidación del matrimonio, la patria potestad se ejerce por el cónyuge a quien se confían los hijos. El otro queda, mientras tanto, suspendido en su ejercicio.

Artículo 421.- Patria potestad de hijos extramatrimoniales

La patria potestad sobre los hijos extramatrimoniales se ejerce por el padre o por la madre que los ha reconocido.

Si ambos padres han reconocido al hijo, el juez de menores determina a quién corresponde la patria potestad, atendiendo a la edad y sexo del hijo, a la circunstancia de vivir juntos o separados los padres y, en todo caso, a los intereses del menor.

Las normas contenidas en este artículo son de aplicación respecto de la madre aunque sea menor de edad. No obstante, el juez puede confiar a un curador la guarda de la persona o de los bienes del hijo, si así lo exige el interés de éste, cuando el padre no tenga la patria potestad.

Artículo 422.- Relaciones personales con hijos no sujetos a patria potestad

En todo caso, los padres tienen derecho a conservar con los hijos que no estén bajo su patria potestad las relaciones personales indicadas por las circunstancias.