**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In Re Application Of: <br> CARLOS VITERI, <br><br>　　　　Petitioner, <br><br> vs. <br><br> GABRIELLA MARIA PFLUCKER, <br><br>　　　　Respondent. | ) <br> ) <br> ) <br> ) Case No.  08 CV 50031 <br> ) Judge Kapala <br> ) Magistrate Judge Mahoney <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING**

TO:　**COUNSEL OF RECORD**

　　　PLEASE TAKE NOTICE that on **March 20, 2008** we caused to be filed with the Clerk of the United States District Court of the Northern District of Illinois, Western Division, **Petitioner's Brief in Support of Petition for Return.**

| | | | |
|---|---|---|---|
| **Name:** | Rosa M. Tumialán | **Attorney for:** | Defendant |
| | Dykema Gossett PLLC | **City:** | Chicago, Illinois  60606 |
| **Address:** | 10 South Wacker Drive | ARDC No. | 6226267 |
| **Telephone:** | (312) 876-1700 | | |

**CERTIFICATE OF SERVICE**

　　　I hereby certify that on **March 20, 2008,** I electronically filed the foregoing with the Clerk of the Court using the ECF system and caused a copy to be delivered via electronic delivery at the email address below:

　　　Bob Fagan: fagan@prodigy.net

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Rosa M. Tumialán*