# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50031 | **DATE** | 3/21/2008 |
| **CASE TITLE** | Viteri vs. Pflucker | | |

**DOCKET ENTRY TEXT:**

Hearing held. Parties stipulate the place of habitual residence prior to removal of child was Peru. Hearing on removal set for 9:00 a.m. on April 30, 2008. Defendant's response to petition for return of child under the Hague Convention due March 31, 2008. Plaintiff's reply due April 7, 2008. Counsel for plaintiff to submit order to court regarding the necessity of the personal appearance of Carlos Viteri at the April 30, 2008 hearing.

Notices mailed by Judicial staff.

01:00

| | Courtroom Deputy Initials: | sw |
|---|---|---|