UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In Re Application of: ) | |
| ) | NO. 08 - CV - 50031 |
| **CARLOS VITERI,** ) | |
| ) | |
| Petitioner, ) | Judge Frederick J. Kapala |
| ) | |
| vs. ) | |
| ) | |
| **GABRIELLA MARIA PFLUCKER,** ) | |
| ) | |
| Respondent. ) | |

**NOTICE OF MOTION**

**TO:**  Rosa M. Tumialan, Esq.
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago IL 60606

**PLEASE TAKE NOTICE** that the undersigned will bring Respondent's Motion To Dismiss on for hearing before the Frederick J. Kapala, in his courtroom at the United States Courthouse, 211 South Court St., Rockford, IL 61101, on Friday the 4th day of April, 2008, at 9:00 in the forenoon of that day or as soon thereafter as counsel can be heard. A copy of said pleading is served upon you herewith.

/S_____
Robert M. Fagan

The Law Offices of Robert M. Fagan, Ltd.
210 Lincoln - Douglas Center
10 North Galena Avenue
Freeport, IL 61032
815.233.5800
815.232.5500
Fagan@prodigy.net

---
CERTIFICATE OF SERVICE

I, Robert M. Fagan, certify that on March 31, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the above pleading served pursuant to the district court's ECF system as to ECF filers.

/S_____
Robert M. Fagan