UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re Application of: | ) | |
| | ) | NO.  08 - CV - 50031 |
| CARLOS VITERI, | ) | |
| | ) | |
| Petitioner, | ) | Judge Frederick J. Kapala |
| | ) | |
| vs. | ) | |
| | ) | |
| GABRIELLA MARIA PFLUCKER, | ) | |
| | ) | |
| Respondent. | ) | |

### RESPONDENT GABRIELLA PFLUCKER'S NOTICE OF INTENT
### TO RAISE AN ISSUE CONTAINING FOREIGN LAW

Respondent Gabriella Pflucker, by her attorney, Robert M. Fagan, hereby gives Notice, pursuant to Federal Rule of Civil Procedure 44.1, that Ms. Pflucker intends to raise issues of foreign law in the above captioned matter.

Ms. Pflucker intends to file a trial memorandum, including exhibits, presenting and arguing issues of Peruvian Family Law, specifically those related to parental rights and child custody.  In addition, Ms. Pflucker may present expert testimony on the above identified issues at the April 30, 2008, evidentiary hearing.  Ms. Pflucker will disclose the name and opinion of said expert as soon as that becomes available.

Respectfully submitted,

Gabriella Maria Pflucker

By:

\_\_/S_____
Robert M. Fagan
Attorney for Respondent

The Law Offices of Robert M. Fagan, Ltd.
210 Lincoln Douglas Center
10 North Galena Avenue
Freeport, IL 61032
815.233.5800
815.232.5500 Facsimile
Fagan@prodigy.net

## CERTIFICATE OF FILING AND SERVICE

I, Robert M. Fagan, certify that on March 31, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**Respondent Gabriella Pflucker's Notice of Intent To Raise an Issue Containing Foreign Law**

was served pursuant to the district court's ECF system as to ECF filers, including Rosa M. Tumialan, and was delivered to the following non-ECF filers by United States Mail:

> Hon. Frederick J. Kapala, Judge
> United States District Court
> Northern District of Illinois
> 211 South Court Street
> Rockford, Illinois 61101

                                                          /S
                                                 ROBERT M. FAGAN
                                                 Attorney for the Respondent