**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In Re Application Of: | ) |
| CARLOS VITERI, | ) |
| | ) |
|     Petitioner, | ) |
| | ) Case No.  08 CV 50031 |
| vs. | ) Judge Kapala |
| | ) Magistrate Judge Mahoney |
| GABRIELLA MARIA PFLUCKER, | ) |
| | ) |
|     Respondent. | ) |
| | ) |

**NOTICE OF FILING**

TO:  **COUNSEL OF RECORD**

    PLEASE TAKE NOTICE that on **April 1, 2008** we caused to be filed with the Clerk of the United States District Court of the Northern District of Illinois, Western Division, **Petitioner's Status Report.**

| | | | |
|---|---|---|---|
| **Name:** | Rosa M. Tumialán | **Attorney for:** | Defendant |
| | Dykema Gossett PLLC | **City:** | Chicago, Illinois  60606 |
| **Address:** | 10 South Wacker Drive | ARDC No. | 6226267 |
| **Telephone:** | (312) 876-1700 | | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on **April 1, 2008,** I electronically filed the foregoing with the Clerk of the Court using the ECF system and caused a copy to be delivered via electronic delivery at the email address below:

    Bob Fagan: fagan@prodigy.net

    */s/ Rosa M. Tumialán*