# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50031 | **DATE** | 4/3/2008 |
| **CASE TITLE** | Viteri vs. Pflucker | | |

**DOCKET ENTRY TEXT:**

Defendant's motion to dismiss for lack of jurisdiction [18] considered presented. Parties have agreed upon a briefing schedule. Response due April 18, 2008. Reply due April 25, 2008. Case taken off the April 4, 2008 motion call.

*/s/ Frederick J. Kapala*

Notified counsel by telephone.

| | Courtroom Deputy Initials: | sw |
|---|---|---|

Case 3:08-cv-50031    Document 24    Filed 04/03/2008    Page 1 of 1

08C50031 Viteri vs. Pflucker      Page 1 of 1