# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50031 | **DATE** | 4/25/2008 |
| **CASE TITLE** | Viteri vs. Pflucker | | |

**DOCKET ENTRY TEXT:**

The parties' agreed motion to continue the evidentiary hearing in this matter [27] is granted. The matter is set for settlement/final pre-trial conference on 4/30/2008 at 9 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|