## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50031 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Viteri vs. Pflucker | | |

**DOCKET ENTRY TEXT:**

Settlement/final pretrial conference held. Status hearing set for 9:00 a.m. on June 26, 2006. Defendant's oral motion for leave to file reply in support of motion to dismiss instanter is granted. Defendant's cross-motion for summary judgment due June 2, 2008. Response due June 16, 2008. Reply due June 20, 2008.

Notices mailed by Judicial staff.

00:30

| | Courtroom Deputy Initials: | sw |
|---|---|---|