## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50031 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Viteri v. Pflucker | | |

**DOCKET ENTRY TEXT:**

Pursuant to this court's order of 5/2/2008, for the reasons stated in the attached MEMORANDUM OPINION AND ORDER, Defendants' motion to dismiss [18] is denied. ENTER MEMORANDUM OPINION AND ORDER.

[For further detail see separate order]

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|