## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| **In Re Application of:** | ) | |
| | ) | **NO. 08 - CV - 50031** |
| **CARLOS VITERI,** | ) | |
| | ) | |
| Petitioner, | ) | Judge Frederick J. Kapala |
| | ) | |
| vs. | ) | |
| | ) | |
| **GABRIELLA MARIA PFLUCKER,** | ) | |
| | ) | |
| Respondent. | ) | |

### AGREED MOTION TO SUSPEND FILING DEADLINE AND BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGEMENT

THE PARTIES, through their undersigned counsels, respectfully move this Honorable Court suspend the filing deadline and briefing schedule for the Respondent's Motion For Summary Judgement. As grounds for this motion, undersigned counsels state:

1. The filing deadline for Respondent's Motion For Summary Judgement is Monday, June 2, 2008.

2. The Parties have reached an agreement in principle to settle this matter. The Parties are now negotiating the specific details of the settlement agreement.

3. Part of the terms of said potential settlement include the expenditure of funds to pay a mental health professional to evaluate the Respondent's fitness as a parent. The Respondent is willing to bear the costs of such an evaluation in place of, but not in addition to, the costs of additional ongoing litigation.

4. The Parties believe they will be able to present their settlement and motion to dismiss to

the Court on to before the status conference currently scheduled for June 26, 2008.

WHEREFORE, for the foregoing reasons, and for any other reasons this Court may deem just and proper, the Parties, through counsel, respectfully request that this Motion be granted and that this Court suspend the filing deadline and briefing schedule for the Respondent's Motion For Summary Judgement.

Respectfully Submitted:

Carlos Viteri, Petitioner

Gabriella Pflucker, Respondent

By:  /S/ _____
Rosa M. Tumialan
Attorney for the Petitioner


/S/ _____
Robert M. Fagan
Attorney for the Respondent

Prepared by:

The Law Offices of Robert M. Fagan, Ltd.
210 Lincoln Douglas Center
10 North Galena Avenue
Freeport, IL 61032
815.233.5800
815.232.5500 Facsimile
Fagan@prodigy.net

## CERTIFICATE OF FILING AND SERVICE

      I, Robert M. Fagan, certify that on May 30, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

      AGREED MOTION TO SUSPEND FILING DEADLINE AND BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGEMENT

was served pursuant to the district court's ECF system as to ECF filers, including Rosa M. Tumialan, and was delivered to the following non-ECF filers by facsimile:

      Hon. Frederick J. Kapala, Judge
      United States District Court
      Northern District of Illinois
      211 South Court Street
      Rockford, Illinois 61101

                                            /S
                                            ROBERT M. FAGAN
                                            Attorney for the Respondent