UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| **In Re Application of:** | ) | |
| | ) | NO.  08 - CV - 50031 |
| **CARLOS VITERI,** | ) | |
| | ) | |
| Petitioner, | ) | Judge Frederick J. Kapala |
| | ) | |
| vs. | ) | |
| | ) | |
| **GABRIELLA MARIA PFLUCKER,** | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF FILING

**TO:**   Rosa M. Tumialan, Esq.
Dykema Gossett PLLC
10 South Wacker Drive, Suite 2300
Chicago IL 60606

**PLEASE TAKE NOTICE** that on Friday, May 30, 2008, the undersigned filed with the Clerk of the District Court for Northern District of Illinois, the following pleadings:

Agreed Motion to Suspend Filing Deadline and Briefing Schedule for Motion for Summary Judgement

A copy of said pleadings is served upon you herewith.

| | |
|---|---|
| Law Offices of Robert M. Fagan, Ltd. | /S_____ |
| 210 Lincoln Douglas Center | Robert M. Fagan |
| 10 North Galena Avenue | |
| Freeport, IL 61032-4360 | |
| 815.233.5800 | |
| 815.232.5500 - Fax | |
| Fagan@prodigy.net | |

CERTIFICATE OF SERVICE

Robert M. Fagan hereby certifies that he caused a copy of the foregoing Notice of Filing, and any attached materials, to be served upon each of the parties named above through the CM/ECF electronic filing system, on this 30th day of May, 2008, and under penalties of perjury as provided by the laws of the United States of America, declare that the foregoing information is true and correct.

/S_____
Robert M. Fagan