## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50031 | **DATE** | 6/3/2008 |
| **CASE TITLE** | Viteri vs. Pflucker | | |

**DOCKET ENTRY TEXT:**

On May 30, 2008, respondent filed, on behalf of the parties, an Agreed Motion To Suspend Filing Deadline And Briefing Schedule For Motion For Summary Judgement [35]. The motion is granted. The filing deadline and briefing schedule for Respondent's motion for summary judgment shall be suspended until reset by the court. For future reference, unless otherwise notified, courtesy copies of electronic filings must be submitted in hard copy form (not via fax).

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|