## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In Re Application Of: <br> CARLOS VITERI, <br><br> Petitioner, <br><br> vs. <br><br> GABRIELLA MARIA PFLUCKER, <br><br> Respondent. | Case No. 08 CV 50031 <br> Judge Kapala <br> Magistrate Judge Mahoney |

### AGREED MOTION TO CONTINUE JUNE 26, 2008 STATUS HEARING

The Parties, by and through their undersigned counsels, respectfully move this Honorable Court to continue the status hearing currently set for Thursday June 26, 2008. The undersigned counsels state the following in support of the agreed motion:

1. The Parties reached an agreement in principle that will settle this matter. This agreement was reported to the Court in an earlier agreed motion. [DE 35].

2. The Parties continue to work on finalizing the details of the agreement.

3. The Parties do not anticipate difficulty in completing this process.

4. The Parties request that the June 26 status date be continued to a later date by which time it is expected that the settlement will be finalized.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court grant the agreed motion and that the June 26 status date to a date certain and for such other relief as this Court deems appropriate.

**Dated**: June 24, 2008　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**Carlos Viteri**


　　　　　　　　　　　　　　　　　　　　　　　　By: s/ Rosa M. Tumialán
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Petitioner

Rosa M. Tumialán  **Gabriella Pflucker**
Attorney for Petitioner
DYKEMA GOSSETT PLLC  By: s/Robert M. Fagan
10 South Wacker Drive, Suite 2300    Attorney for Respondent
Chicago, Illinois 60606
(312) 876-1700

**CERTIFICATE OF SERVICE**

    I hereby certify that on **June 24, 2008,** I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel set forth below:

    Robert M. Fagan (E-Mail fagan@prodigy.net)

                       s/ Irina V. Frye