UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In Re Application Of: )
CARLOS VITERI, )
 )
       Petitioner, )
 ) Case No. 08 CV 50031
vs. ) Judge Kapala
 ) Magistrate Judge Mahoney
GABRIELLA MARIA PFLUCKER, )
 )
       Respondent. )
 )

## NOTICE OF FILING

TO:  **COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on **June 24, 2008** we caused to be filed with the Clerk of the United States District Court of the Northern District of Illinois, Western Division, **Agreed Motion to Continue Status Date.**

| | | | |
|---|---|---|---|
| **Name:** | Rosa M. Tumialán | **Attorney for:** | Defendant |
| | Dykema Gossett PLLC | **City:** | Chicago, Illinois  60606 |
| **Address:** | 10 South Wacker Drive | ARDC No. | 6226267 |
| **Telephone:** | (312) 876-1700 | | |

## CERTIFICATE OF SERVICE

I hereby certify that on **June 24, 2008,** I electronically filed the foregoing with the Clerk of the Court using the ECF system and caused a copy to be delivered via electronic delivery at the email address below:

Bob Fagan: fagan@prodigy.net

*/s/ Rosa M. Tumialán*