## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50031 | **DATE** | 6/25/2008 |
| **CASE TITLE** | Viteri vs. Pflucker | | |

**DOCKET ENTRY TEXT:**

Parties' agreed motion to continue June 26, 2008, status hearing is granted. Status hearing reset to 9:00 a.m. on July 25, 2008.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|