## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50031 | **DATE** | 8/15/2008 |
| **CASE TITLE** | Viteri vs. Pflucker | | |

**DOCKET ENTRY TEXT:**

Status hearing held and continued to 9:00 a.m. on October 2, 2008. Case reported settled. If stipulation to dismiss is filed before October 2, 2008, the status hearing set for October 2, 2008 will be cancelled.

*[signature: Frederick J. Kapala]*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | sw |
|---|---|---|